# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3293
_____

ALONZO STEWART,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

June 24, 2025

PER CURIAM.

    DISMISSED.

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alonzo Stewart, pro se, Appellant.

No appearance for Appellee.